```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611086367
Cashier ID: sprinka
Transaction Date: 05/24/2013
Payer Name: san francisco legal support

CIVIL FILING FEE
 For: younus bayat
 Case/Party: D-CAN-3-13-CV-002376-001
 Amount:       $400.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 127539
 Amt Tendered: $400.00

Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

jcs


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```