LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
Nicole D. Reynolds (State Bar No. 246255)
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

MEYER WILSON CO., LPA
Matthew R. Wilson (SB No. 290473)
Michael J. Boyle, Jr. (SB No. 258560)
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

*Attorneys for Plaintiff Younus Bayat, Mohammed Ereikat and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNUS BAYAT and MOHAMMED EREIKAT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF THE WEST,<br><br>Defendant. | Case No. 13-CV-2376 (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Private Process:** Full-day mediation before the Honorable Judge Edward A. Infante (JAMS). The parties agree to hold the ADR as soon as defendant has received and analyzed data from various third parties and therefore request that the deadline be set 120 days from the date of this order.

Pursuant to Stipulation, and for good cause shown, it is so ORDERED.

Dated: _____9/5_____, 2013          _____
                                    Edward M. Chen
                                    United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

Dated: August 29, 2013              Respectfully submitted,

                                    By: */s/ Daniel M. Hutchinson*
                                        Daniel M. Hutchinson

                                    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                    Daniel M. Hutchinson (State Bar No. 239458)
                                    Email: dhutchinson@lchb.com
                                    Nicole D. Reynolds (State Bar No. 246255)
                                    Email: nreynolds@lchb.com
                                    275 Battery Street, 29th Floor
                                    San Francisco, CA  94111-3339
                                    Telephone:  415.956.1000
                                    Facsimile:  415.956.1008

                                    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                    Jonathan D. Selbin (State Bar No. 170222)
                                    Email: jselbin@lchb.com
                                    250 Hudson Street, 8th Floor
                                    New York, NY  10013
                                    Telephone:  (212) 355-9500
                                    Facsimile:  (212) 355-9592

                                    MEYER WILSON CO., LPA
                                    Matthew R. Wilson (State Bar No. 290473)
                                    Email: mwilson@meyerwilson.com
                                    Michael J. Boyle, Jr. (State Bar No. 258560)
                                    Email: mboyle@meyerwilson.com
                                    1320 Dublin Road, Ste. 100
                                    Columbus, Ohio 43215
                                    Telephone:  (614) 224-6000
                                    Facsimile:  (614) 224-6066

                                    *Attorneys for Plaintiffs Younus Bayat and Mohammed Ereikat and the Proposed Class*

Dated:  August 29, 2013           */s/ Lisa M. Simonetti*
                                         Lisa M. Simonetti

                                  STROOCK & STROOCK & LAVAN LLP

                                  Lisa M. Simonetti
                                  2029 Century Park East
                                  Los Angeles, CA 90067-3004
                                  Telephone: (310) 556-5800
                                  Email: lsimonetti@stroock.com

                                  *Attorneys for Defendants BANK OF THE WEST.'*

### ATTESTATION

I, Daniel M. Hutchinson, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Lisa M. Simonetti has concurred in this filing.

                                  */s/ Daniel M. Hutchinson*
                                         Daniel M. Hutchinson