1  STROOCK & STROOCK & LAVAN LLP
   LISA M. SIMONETTI (State Bar No. 165996)
2  ARJUN P. RAO (State Bar No. 265347)
   2029 Century Park East
3  Los Angeles, CA 90067-3086
   Telephone:  310-556-5800
4  Facsimile:   310-556-5959
   Email:       *lacalendar@stroock.com*
5

6  Attorneys for Defendant
     BANK OF THE WEST
7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11  YOUNUS BAYAT and MOHAMMED             ) Case No. 3:13-cv-02376-EMC
    EREIKAT, individually and on behalf of all )
12  others similarly situated,                  ) ***UPDATED* JOINT CASE MANAGEMENT**
                                                ) **CONFERENCE STATEMENT**; ORDER
                     Plaintiffs,                )
13                                              ) Date:      February 6, 2014
           vs.                                  ) Time:      10:30 a.m.
14                                              ) Courtroom: 5, 17th Floor
     BANK OF THE WEST,                          ) Judge:     The Honorable Edward M. Chen
15                                              )
                     Defendant.                 )
16                                              )

17

18

19

20

21

22

23

24

25

26

27

28

As required by this Court following the September 6, 2013 Initial Case Management Conference (Dkt. No. 21), counsel submit this *Updated* Joint Case Management Conference Statement in reference to the above-captioned case for the February 6, 2014 Case Management Conference.

Following the prior Case Management Conference on September 5, 2013, the parties engaged in "discovery necessary to facilitate mediation," as directed by the Court. (Dkt. No. 21.) On December 18, 2013, the parties attended a full-day mediation before the Honorable Judge Infante (Ret.). The mediation resulted in the issuance of a mediator's proposal. In order for the parties to respond to the proposal, the parties agree that they must engage in additional discovery not contemplated by any party prior to the mediation. The parties are working diligently to exchange that information informally. Accordingly, although the parties have made substantial progress towards resolving this dispute, additional time is needed. Thus, the parties respectfully request the opportunity to further update the Court in approximately thirty (30) days.

Dated: January 30, 2014                    Respectfully submitted,


                                           By:        */s/ Lisa M. Simonetti*
                                                         Lisa M. Simonetti

                                           LISA M. SIMONETTI
                                           ARJUN P. RAO
                                           STROOCK & STROOCK & LAVAN LLP
                                           2029 Century Park East, 16th Floor
                                           Los Angeles, CA 90067-3086
                                           Telephone: 310-556-5800
                                           Facsimile: 310-556-5959

                                           Attorneys for Defendant
                                              BANK OF THE WEST

- 1 -
*UPDATED* CASE MANAGEMENT CONFERENCE STATEMENT
Case No. 3:13-cv-02376-EMC

LA 51724223

Dated: January 30, 2014

By:     */s/ Daniel M. Hutchinson*
        Daniel M. Hutchinson

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
Email:  dhutchinson@lchb.com
Nicole D. Reynolds (State Bar No. 246255)
Email:  nreynolds@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
Email:  jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

MEYER WILSON CO., LPA
Matthew R. Wilson (State Bar No. 290473)
Email:  mwilson@meyerwilson.com
Michael J. Boyle, Jr. (State Bar No. 258560)
Email:  mboyle@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone:  (614) 224-6000
Facsimile:  (614) 224-6066

*Attorneys for Plaintiffs Younus Bayat and Mohammed Ereikat and the Proposed Class*

```
IT IS SO ORDERED that the further CMC is reset from 2/6/14 to
3/13/14 at 10:30 a.m.  An updated joint CMC Statement shall be
filed 7 days before the CMC.
_____
Edward M. Chen
U.S. District Judge
```



- 2 -
*UPDATED* CASE MANAGEMENT CONFERENCE STATEMENT
Case No. 3:13-cv-02376-EMC

LA 51724223

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2014, a copy of the foregoing *UPDATED* **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s/ Lisa M. Simonetti*
Lisa M. Simonetti

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51724223

*UPDATED* CASE MANAGEMENT CONFERENCE STATEMENT
Case No. 3:13-cv-02376-EMC