LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
Nicole D. Sugnet (State Bar No. 246255)
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

MEYER WILSON CO., LPA
Matthew R. Wilson (SB No. 290473)
Michael J. Boyle, Jr. (SB No. 258560)
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone:  (614) 224-6000
Facsimile:  (614) 224-6066

*Attorneys for Plaintiff Younus Bayat, Mohammed Ereikat and the Proposed Class*

Lisa M. Simonetti
2029 Century Park East
Los Angeles, CA 90067-3004
Telephone: (310) 556-5800
Email: lsimonetti@stroock.com

*Attorneys for Defendant Bank of the West*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNUS BAYAT and MOHAMMED EREIKAT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF THE WEST,<br><br>Defendant. | Case No.  13-CV-2376 (EMC)<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER REGARDING CASE DEADLINES** |

Counsel for Plaintiffs Younus Bayat and Mohammed Ereikat and Defendant Bank of the West stipulate:

1.  The parties have reached agreement on the principal terms of a proposed class settlement pursuant to a mediator's proposal by the Honorable Edward A. Infante (Ret.) of JAMS.

2.  In light of the agreement, the parties request that the Court vacate the Case Management Conference currently scheduled for March 13, 2014, at 10:00 a.m.

3.  Plaintiffs anticipate that it will take 45 days to complete additional confirmatory discovery, prepare the class settlement agreement, and draft the motion for preliminary approval of the class settlement and for class notice.

4.  Accordingly, the parties agree to, by no later than April 21, 2014, either submit these pleadings or provide a Status Report to the Court.

**IT IS SO STIPULATED**.

Dated: March 6, 2014                LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Daniel M. Hutchinson*
    Daniel M. Hutchinson

*Attorneys for Plaintiffs Younus Bayat and Mohammed Ereikat and the Proposed Class*

Dated:  March 6, 2014               STROOCK & STROOCK & LAVAN LLP

By: */s/ Lisa M. Simonetti*
    Lisa M. Simonetti

*Attorneys for Defendant Bank of the West*

The March 13, 2014, Case Management Conference is ~~vacated~~ reset for 5/15/14 at 10:30 a.m.  Pursuant to Stipulation, and for good cause shown, it is so ORDERED. An updated joint cmc statement shall be filed by 5/8/14.

Dated: __3/10__, 2014          _____
                               Edward M. Chen
                               United States District Judge

**IT IS SO ORDERED AS MODIFIED**
/s/ Judge Edward M. Chen

1164244.1

STIPULATION AND [PROPOSED] ORDER REGARDING CASE DEADLINES
CASE NO. 13-CV-2376 (EMC)