LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
Nicole D. Reynolds (State Bar No. 246255)
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

MEYER WILSON CO., LPA
Matthew R. Wilson (SB No. 290473)
Michael J. Boyle, Jr. (SB No. 258560)
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

*Attorneys for Plaintiff Younus Bayat, Mohammed Ereikat and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNUS BAYAT and MOHAMMED EREIKAT, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>BANK OF THE WEST,<br><br>　　　　　　Defendant. | Case No. 13-CV-2376-EMC<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: June 19, 2014<br>Time: 1:30 p.m.<br>Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**NOTICE IS HEREBY GIVEN** that on June 19, 2014, at 1:30 p.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Edward M. Chen of the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiffs Younus Bayat and Mohammed Ereikat ("Plaintiffs"), on behalf of themselves and all others similarly situated, by and through their undersigned counsel, request that this Court grant preliminary approval of the parties' proposed Settlement Agreement. Defendant Bank of the West does not object to the motion in the context of the parties' proposed settlement.

The Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support of Motion for Preliminary Approval, the Proposed Order Granting Preliminary Approval, the Declaration of Daniel M. Hutchinson and the exhibits thereto, the pleadings and papers filed in this case, and any oral argument this Court permits.

Dated: June 5, 2014        Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Daniel M. Hutchinson*
    Daniel M. Hutchinson

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson
Nicole D. Reynolds
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

| | |
|---|---|
| 1 | MEYER WILSON CO., LPA |
| 2 | Matthew R. Wilson<br>Michael J. Boyle, Jr. |
| 3 | 1320 Dublin Road, Ste. 100<br>Columbus, OH  43215 |
| 4 | Telephone:  (614) 224-6000<br>Facsimile:  (614) 224-6066 |
| 5 | *Attorneys for Plaintiffs and the Proposed Class* |