1  LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
2  Jonathan D. Selbin (State Bar No. 170222)
   250 Hudson Street, 8th Floor
3  New York, NY  10013
   Telephone:  (212) 355-9500
4  Facsimile:   (212) 355-9592

5  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
6  Daniel M. Hutchinson (State Bar No. 239458)
   Nicole D. Sugnet (State Bar No. 246255)
7  275 Battery Street, 29th Floor
   San Francisco, California  94111-3339
8  Telephone:  (415) 956-1000
   Facsimile:   (415) 956-1008

9  MEYER WILSON CO., LPA
10 Matthew R. Wilson (SB No. 290473)
   Michael J. Boyle, Jr. (SB No. 258560)
11 1320 Dublin Road, Ste. 100
   Columbus, Ohio 43215
12 Telephone:  (614) 224-6000
   Facsimile:   (614) 224-6066

13 *Attorneys for Plaintiffs Younus Bayat and*
14 *Mohammed Ereikat, and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| YOUNUS BAYAT and MOHAMMED EREIKAT, on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>v.<br><br>BANK OF THE WEST,<br><br>         Defendant. | Case No.  13-CV-2376 (EMC)<br><br>**STIPULATED UNDERTAKING RE ATTORNEYS FEES AND COSTS IN CONNECTION WITH PROPOSED CLASS ACTION SETTLEMENT** |
|---|---|

- 1 -

1172202.2

STIPULATED UNDERTAKING RE ATTORNEYS FEES
AND COSTS IN CONNECTION WITH PROPOSED
CLASS ACTION SETTLEMENT
CASE NO.  13-CV-2376 (EMC)

1  Plaintiffs Younus Bayat and Mohammed Ereikat (together, "Plaintiffs") and defendant
2  Bank of the West (collectively, "the Parties"), by and through their undersigned counsel stipulate
3  and agree as follows:

4  WHEREAS, the undersigned Counsel and their respective law firms desire to give an
5  undertaking for repayment of their award of attorneys' fees and costs ("Undertaking"), as is
6  required by the Settlement Agreement,

7  **STIPULATION**

8  NOW, THEREFORE, each of the undersigned Counsel, on behalf of themselves as
9  individuals and as agents for their respective law firms, hereby submit themselves and their
10  respective law firms to the jurisdiction of the Court for the purpose of enforcing the provisions of
11  this Undertaking.

12  Capitalized terms used herein without definition have the meanings given to them in the
13  Settlement Agreement.

14  In the event that the Final Approval Order is reversed or modified on appeal, in whole or
15  in part, or the Agreement does not become effective for any reason the undersigned Counsel shall,
16  within fifteen (15) days of the event that prevents the Agreement from becoming effective, repay
17  to Bank of the West, or any of its successors or assigns the attorneys' fees and costs paid from the
18  Fund to undersigned Counsel in the amount vacated or modified, including any accrued interest.

19  In the event the Final Approval Order is not reversed on appeal, in whole or in part, but
20  the attorneys' fees and costs awarded by the Court are vacated or modified on appeal,
21  undersigned Counsel shall, within fifteen (15) days after the order vacating or modifying the
22  award of attorneys' fees and costs becomes final, repay to the Fund the attorneys' fees and costs
23  paid from the Fund to undersigned Counsel in the amount vacated or modified, including any
24  accrued interest.

25  Any action that may be required thereafter may be addressed to this Court on shortened
26  notice, but not less than five (5) court days.

27  This Undertaking and all obligations set forth herein shall expire upon finality of all
28  appeals of the Final Approval Order.

- 2 -

STIPULATED UNDERTAKING RE ATTORNEYS FEES
AND COSTS IN CONNECTION WITH PROPOSED
CLASS ACTION SETTLEMENT
CASE NO. 13-CV-2376 (EMC)

1172202.2

1    In the event undersigned Counsel fails to repay to the Fund or Bank of the West, or any of its successors or assigns any of the attorneys' fees and costs that are owed pursuant to this Undertaking, the Court shall, upon application of such entity and notice to undersigned Counsel, summarily issue orders, including but not limited to judgments and attachment orders against Counsel, and each of them, and may make appropriate findings for sanctions for contempt of court.

The undersigned stipulate, warrant, and represent that they are equity partners in their respective law firms and have both actual and apparent authority to enter into this stipulation, agreement and undertaking on behalf of their respective law firms.

This Undertaking may be executed in one or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument. Signatures by facsimile shall be as effective as original signatures.

The undersigned declare under penalty of perjury under the laws of the State of California and the United States that they have read and understand the foregoing and that it is true and correct.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD:

AGREED TO BY UNDERSIGNED COUNSEL:

Dated: July 24, 2014            LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                                By: */s/ Jonathan D. Selbin*
                                     Jonathan D. Selbin

Dated: July 24, 2014            MEYER WILSON CO., LPA

                                By: */s/ Matthew R. Wilson*
                                     Matthew R. Wilson

- 3 -

1172202.2

STIPULATED UNDERTAKING RE ATTORNEYS FEES
AND COSTS IN CONNECTION WITH PROPOSED
CLASS ACTION SETTLEMENT
CASE NO. 13-CV-2376 (EMC)

ACKNOWLEDGED BY
COUNSEL FOR DEFENDANT:
BANK OF THE WEST

Dated: July 24, 2014                    STROOCK & STROOCK & LAVAN LLP

By: */s/ Lisa M. Simonetti*
Lisa M. Simonetti

**ATTESTATION**

I, Jonathan D. Selbin, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Matthew R. Wilson and Lisa M. Simonetti have concurred in this filing.

*/s/ Jonathan D. Selbin*
Jonathan D. Selbin

STIPULATED UNDERTAKING RE ATTORNEYS FEES
AND COSTS IN CONNECTION WITH PROPOSED
CLASS ACTION SETTLEMENT
CASE NO. 13-CV-2376 (EMC)

1172202.2

**[PR~~O~~OPOSED] ORDER**

The Court has considered the above Stipulation and finds that it is in the interests of the Parties and in service of judicial economy and efficiency. Therefore,

IT IS SO ORDERED this  6th  day of  August  2014.

Dated:  8/6/14

_____
Hon. Edward M. Chen
United States District Court Judge

IT IS SO ORDERED
Judge Edward M. Chen

- 5 -

STIPULATED UNDERTAKING RE ATTORNEYS FEES AND COSTS IN CONNECTION WITH PROPOSED CLASS ACTION SETTLEMENT
CASE NO. 13-CV-2376 (EMC)

1172202.2