LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
Nicole D. Sugnet (State Bar No. 246255)
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

MEYER WILSON CO., LPA
Matthew R. Wilson (SB No. 290473)
Michael J. Boyle, Jr. (SB No. 258560)
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone:  (614) 224-6000
Facsimile:  (614) 224-6066

*Attorneys for Plaintiff Younus Bayat, Mohammed Ereikat and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNUS BAYAT and MOHAMMED EREIKAT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF THE WEST,<br><br>Defendant. | Case No.  13-CV-2376-EMC<br><br>*AMENDED* STIPULATION AND [P~~ROP~~OSED] ORDER RE FURTHER CASE MANAGEMENT CONFERENCE |

1  Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Younus Bayat and Mohammed Ereikat
2 ("Plaintiff") and defendant Bank of the West ("Defendant"), through their undersigned counsel,
3 hereby stipulate as follows:
4  WHEREAS, on July 22, 2014, the Court granted Plaintiffs' Motion for Preliminary
5 Approval of Settlement (Dkt. No. 42);
6  WHEREAS, on September 5, 2014, the parties informed the Court that they planned to
7 submit revised settlement agreement materials in response to inquiries from the California
8 Attorney General's office (*see* Dkt. No. 46);
9  WHEREAS, on October 23, 2014, the parties filed revised settlement documents and
10 requested a follow up conference with the Court (Dkt. No. 47);
11  WHEREAS, on October 28, 2014, the Court set a Further Case Management Conference
12 to take place on November 13, 2014 at 10:30 a.m. (Dkt. No. 48); and
13  WHEREAS Plaintiffs' counsel will be in Illinois for another hearing on November 13,
14 2014 (Dkt. No. 49-1).
15  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between
16 Plaintiffs, by their undersigned counsel, and Defendant, by its undersigned counsel, that the
17 Further Case Management Conference be re-set to November 19, 2014 at 1:30 p.m.

19 Dated:  November 6, 2014     Respectfully submitted,

   LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
   JONATHAN D. SELBIN
   DANIEL M. HUTCHINSON
   NICOLE D. SUGNET

   By:             */s/*
                   Daniel M. Hutchinson

   Attorneys for Plaintiffs and the Proposed
   Settlement Class

| | |
|---|---|
| Dated:  November 6, 2014 | STROOCK & STROOCK & LAVAN LLP<br>JULIA B. STRICKLAND<br>LISA M. SIMONETTI<br>ARJUN P. RAO |
| | By: _____/s/_____<br>Lisa M. Simonetti |
| | Attorneys for Defendant<br>BANK OF THE WEST |

### ECF Signature Certification

Pursuant to Civil L.R. 5-1(i)(3), I hereby certify that the content of this document is acceptable to Arjun P. Rao, counsel for Defendant, and that I have obtained Mr. Rao's authorization to affix her electronic signature to this document.

Dated: November 6, 2014         */s/ Daniel M. Hutchinson*
                                 Daniel M. Hutchinson

### **ORDER**

Pursuant to Stipulation, it is so ORDERED. The Further Case Management Conference shall be set for November 19, 2014 at 1:30 p.m. and the parties shall file a Joint Case Management Statement on or before November 12, 2014.

Dated: __11/7__, 2014         _____
                                Edward M. Chen
                                United States

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*