1  LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
2  Jonathan D. Selbin (State Bar No. 170222)
   250 Hudson Street, 8th Floor
3  New York, NY  10013
   Telephone:  (212) 355-9500
4  Facsimile:  (212) 355-9592

5  LIEFF, CABRASER, HEIMANN &         MEYER WILSON CO., LPA
   BERNSTEIN, LLP                     Matthew R. Wilson (SB No. 290473)
6  Daniel M. Hutchinson (State Bar No. 239458)  Michael J. Boyle, Jr. (SB No. 258560)
   Nicole D. Sugnet (State Bar No. 246255)      1320 Dublin Road, Ste. 100
7  275 Battery Street, 29th Floor     Columbus, Ohio 43215
   San Francisco, California  94111-3339   Telephone:  (614) 224-6000
8  Telephone:  (415) 956-1000         Facsimile:  (614) 224-6066
   Facsimile:  (415) 956-1008
9

10
   *Attorneys for Plaintiff Younus Bayat, Mohammed*
11 *Ereikat and the Proposed Class*

12                     UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14

15 | YOUNUS BAYAT and MOHAMMED         | Case No.  13-CV-2376-EMC
   | EREIKAT, on behalf of themselves and all
16 | others similarly situated,         | **STIPULATION AND [PROPOSED]**
                                       | **ORDER RE ~~FURTHER~~ CASE**
17 |               Plaintiffs,         | **MANA~~GE~~MENT CONFERENCE**

18 | v.                                | Denied

19 | BANK OF THE WEST,

20 |               Defendant.

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Younus Bayat and Mohammed Ereikat ("Plaintiff") and defendant Bank of the West ("Defendant"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on July 22, 2014, the Court granted Plaintiffs' Motion for Preliminary Approval of Settlement (Dkt. No. 42);

WHEREAS, on September 5, 2014, the parties informed the Court that they planned to submit revised settlement agreement materials in response to an inquiry from the California Attorney General's office (*see* Dkt. No. 46);

WHEREAS, on October 23, 2014, the parties filed revised settlement documents and requested a follow up conference with the Court (Dkt. No. 47);

WHEREAS, on October 28, 2014, the Court set a Further Case Management Conference to take place on November 13, 2014 at 10:30 a.m.;

WHEREAS Plaintiffs' counsel will be in Illinois for a previously scheduled hearing on November 13, 2014, in an MDL case where they are court-appointed lead counsel; and

WHEREAS Defendant's counsel has conflicts in all of November during the Court's regularly scheduled dates for further case management conferences, and therefore seeks to appear by phone.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs, by their undersigned counsel, and Defendant, by its undersigned counsel, that the Further Case Management Conference be re-set to November 20, 2014 and that defense counsel may appear by phone for the conference.

Dated:  November 3, 2014            Respectfully submitted,

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
JONATHAN D. SELBIN
DANIEL M. HUTCHINSON
NICOLE D. SUGNET

By: _____/s/_____
         Daniel M. Hutchinson

Attorneys for Plaintiffs and the Proposed Settlement Class

1203076.3

- 1 -

STIPULATION AND [PROPOSED] ORDER RE FURTHER CASE MANAGEMENT CONFERENCE
3:13-CV-2376-EMC

LA 51808829

Dated: November 3, 2014            STROOCK & STROOCK & LAVAN LLP
                                   JULIA B. STRICKLAND
                                   LISA M. SIMONETTI
                                   ARJUN P. RAO

                                   By:  _____/s/_____
                                              Lisa M. Simonetti

                                   Attorneys for Defendant
                                   BANK OF THE WEST


### ECF Signature Certification

Pursuant to Civil L.R. 5-1(i)(3), I hereby certify that the content of this document is acceptable to Lisa M. Simonetti, counsel for Defendant, and that I have obtained Ms. Simonetti's authorization to affix her electronic signature to this document.


Dated: November 3, 2014                     _____/s/_____
                                              Daniel M. Hutchinson


### ORDER

Pursuant to Stipulation, it is so ORDERED.  The Further Case Management Conference shall be set for _____ at 10:30 a.m.  Defendant's counsel may appear by telephone.

```
Denied.  See Docket #51.  Further CMC set for 11/19/14 at 1:30 p.m.
Counsel to appear in person.
```

Dated: ____11/7____, 2014           _____
                                              Edward M. Chen
                                              United States District Judge

**DENIED**
Judge Edward M. Chen

1203076.3                         - 2 -     STIPULATION AND [PROPOSED] ORDER RE
                                            FURTHER CASE MANAGEMENT CONFERENCE
                                            3:13-CV-2376-EMC

LA 51808829