STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
LISA M. SIMONETTI (State Bar No. 165996)
ARJUN P. RAO (State Bar No. 265347)
2029 Century Park East, Suite 1600
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959

Attorneys for Defendant
  BANK OF THE WEST

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNUS BAYAT and MOHAMMED EREIKAT, on behalf of themselves and all others similarly situated, | Case No. 3:13-cv-02376-EMC |
| Plaintiffs, | **SECOND JOINT SUBMISSION OF REVISED SETTLEMENT DOCUMENTS** |
| vs. | |
| BANK OF THE WEST, | |
| Defendant. | |

LA 51813630

Pursuant to this Court's November 19, 2014 Minute Order (Dkt. No. 54), plaintiffs Younus Bayat and Mohammed Ereikat and defendant Bank of the West (collectively referred to herein as the "Parties"), by and through their respective counsel of record, hereby submit the following attached documents for the Court's approval:

- Exhibit A is a Second Amendment to Settlement Agreement and Release;[1]
- Exhibit B is the Request to Stop Calls with the most recent changes highlighted;[2]
- Exhibit C is Email and Mail Notice with the most recent changes highlighted;
- Exhibit D is the Website Notice with the most recent changes highlighted;[3] and
- Exhibit E is a proposed order approving the revised settlement documents, re-scheduling the Final Approval Hearing and setting forth new future deadlines.

As the Court will note, the Parties have extended each previously submitted future deadline by one week (e.g., the deadline to provide E-mail and Mail Notice is December 10, etc.). This additional time has been added to permit the Claims Administrator to meet the deadlines as the Claims Administrator has advised the Parties that it will require eight (8) to ten (10) days once this Court has approved the documents and new dates to print and prepare the E-Mail and Mail Notice.

---

[1] No changes were made to this document following the November 19, 2014 Status Conference. The Parties provide the Court with a copy of this document for its convenience.

[2] Previously submitted changes are not highlighted. To review those changes, see docket number 47.

[3] See footnote 2.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

-1-
SECOND JOINT SUBMISSION OF REVISED SETTLEMENT DOCUMENTS

Dated: November 26, 2014

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
JONATHAN D. SELBIN
DANIEL M. HUTCHINSON
NICOLE D. SUGNET

By: _____/s/ Daniel M. Hutchinson_____
Daniel M. Hutchinson

Attorneys for Plaintiffs and the Proposed
Settlement Class

Dated: November 26, 2014

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
ARJUN P. RAO

By: _____/s/ Lisa M. Simonetti_____
Lisa M. Simonetti

Attorneys for Defendant
BANK OF THE WEST

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

**ECF Signature Certification**

Pursuant to Civil L.R. 5-1(i)(3), I hereby certify that the content of this document is acceptable to Daniel M. Hutchinson, counsel for Plaintiffs and the Proposed Settlement Class, and that I have obtained Mr. Hutchinson's authorization to affix his electronic signature to this document.

Dated: November 25, 2014

_____
*/s/ Lisa M. Simonetti*
Lisa M. Simonetti

LA 51813630

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

## CERTIFICATE OF SERVICE

I hereby certify that, on November 26, 2014, copies of the foregoing **SECOND JOINT SUBMISSION OF REVISED SETTLEMENT DOCUMENTS** were filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

By: _____*/s/ Lisa M. Simonetti*_____
Lisa M. Simonetti

SECOND JOINT SUBMISSION OF REVISED SETTLEMENT DOCUMENTS

LA 51813630

# EXHIBIT A

## SECOND AMENDMENT TO SETTLEMENT AGREEMENT AND RELEASE

This Second Amendment to Settlement Agreement and Release (the "Second Amendment") is made by and among Plaintiffs, for themselves and the Settlement Class, and BOW.[1]

### RECITALS

A.      This Second Amendment is made with reference to and in contemplation of the following facts and circumstances:

B.      On June 3 and 4, 2014, the Parties executed the Agreement.  On July 1 and 3, 2014, the Parties executed the Amendment.

C.      Following preliminary approval of the Agreement and the Amendment, the Parties have agreed to enter into this Second Amendment.

D.      The terms of this Second Amendment are intended to supersede and revise the revocation provisions set forth in Paragraph III.C.1.(c) and (d) of the Agreement and the release provision set forth in Paragraph III.R of the Amendment only.  Nothing contained herein shall change or modify any other provision or term of the Agreement or Amendment.

III.      SECOND AMENDED TERMS OF SETTLEMENT

(c)      Effect Of Failure To Submit Valid And Timely Revocation Request. Any Settlement Class Member who:  (a) does not submit a valid and timely Revocation Request to the Claims Administrator and (b) is or was a customer of BOW will be deemed to have provided prior express consent to the making of calls by BOW or third parties calling on its behalf, to any phone numbers (including his or her current cellular telephone number) reflected in the records maintained by BOW or the records of any third party calling on BOW's behalf.

The failure by any Settlement Class Member to submit a valid and timely Revocation Request shall not provide BOW, or third parties calling on its behalf, consent to place calls for

---

[1] Terms are used herein as defined in the Settlement Agreement And Release ("Agreement") and the Amendment to the Settlement Agreement And Release ("Amendment").

purposes of "telemarketing," as that term is defined by the FCC under the TCPA or otherwise interpreted under the TCPA.

(d) Future Changes In Laws Or Regulations. To the extent Congress, the FCC or any other relevant regulatory authority promulgates requirements under the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq., or any other law or regulatory promulgation that would govern any conduct affected by this settlement, those laws and regulatory provisions shall control. However, nothing in this Agreement shall limit a Settlement Class Member's right, in the future, to revoke prior express consent to the making of calls by BOW or third parties calling on its behalf, so long as the TCPA or any other law or regulatory promulgation that would govern any conduct affected by this settlement establishes a right to revocation.

R. <u>Releases</u>. The Releases set forth in this Paragraph shall become effective on the Effective Date:

Plaintiffs and each Settlement Class Member, on behalf of themselves and their respective heirs, executors, administrators, representatives, agents, attorneys, partners, successors, predecessors-in-interest, assigns and any authorized users of their accounts fully release and forever discharge BOW, and each and all of its present, former and future direct and indirect parent companies, affiliates, subsidiaries, agents, vendors, independent contractors, successors, predecessors-in-interest, and all of their respective prior, current and future officers, directors, employees, attorneys, shareholders, agents, independent contractors, vendors and assigns (collectively, the "Released Parties"), from any and all rights, duties, obligations, claims, actions, causes of action or liabilities, whether arising under local, state or federal law, whether by Constitution, statute, contract, rule, regulation, any regulatory promulgation (including, but not limited to, any opinion or declaratory ruling), common law or equity, whether known or unknown, suspected or unsuspected, asserted or unasserted, foreseen or unforeseen, actual or contingent, liquidated or unliquidated, punitive or compensatory as of the date of the Final Approval Order: (a) that arise out of or are related in any way to the use of an "automatic telephone dialing system" or an "artificial or prerecorded voice" to make "calls" to a cellular telephone (to the fullest extent that those terms are used, defined or interpreted by the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq., relevant regulatory or administrative promulgations and case law, and expressly including voice and text messages) by or on behalf of any of the Released Parties, including, but not limited to, claims under or for violations of the Telephone Consumer Protection

Act, 47 U.S.C. § 227, et seq., and any other statutory or common law claim arising from the use of automatic telephone dialing systems or an artificial or prerecorded voice to make calls to a cellular telephone, including any claim under or for violation of federal or state unfair and deceptive practices statutes, violations of any federal or state debt collection practices acts (including but not limited to, the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq.), invasion of privacy, conversion, breach of contract, unjust enrichment, specific performance and/or promissory estoppel; or (b) that arise out of or relate in any way to the administration of the settlement (collectively, the "Released Claims").

Nothing in this release shall be construed to release any claims that arise from any conduct that occurs after the date of entry of the Final Approval Order. Also, this Release is intended only to release vendors and independent contractors from claims arising from calls made on behalf of BOW. Nothing in this Release shall be construed to release any claims against vendors and independent contractors other than for calls made on behalf of BOW.

1.      Without limiting the foregoing, the Released Claims specifically extend to claims that the Plaintiffs and the Settlement Class Members do not know or suspect to exist in their favor at the time that the Agreement, and the releases contained therein, becomes effective. This Paragraph constitutes a waiver of, without limitation as to any other applicable law, section 1542 of the California Civil Code, which provides:

A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.

2.      Plaintiffs and the Settlement Class Members understand and acknowledge the significance of these waivers of California Civil Code section 1542 and any other applicable federal or state statute, case law, rule or regulation relating to limitations on releases. In connection with such waivers and relinquishment, Plaintiffs and the Settlement Class Members acknowledge that they are aware that they may hereafter discover facts in addition to, or different from, those facts that they now know or believe to be true with respect to the subject matter of the settlement, but that it is their intention to release fully, finally and forever all Released Claims with respect to the

LA 51800080

Released Parties, and in furtherance of such intention, the releases of the Released Claims will be and remain in effect notwithstanding the discovery or existence of any such additional or different facts.

IN WITNESS WHEREOF, the Parties hereto have caused this Amendment to be executed on the dates set forth below:

PLAINTIFF YOUNUS BAYAT

Younus Bayat

Dated: October 22, 2014

PLAINTIFF MOHAMMED EREIKAT

Mohammed Ereikat

Dated: October ___, 2014

DEFENDANT BANK OF THE WEST

By: _____

Its: _____

Dated: October ___, 2014

Released Parties, and in furtherance of such intention, the releases of the Released Claims will be and remain in effect notwithstanding the discovery or existence of any such additional or different facts.

IN WITNESS WHEREOF, the Parties hereto have caused this Amendment to be executed on the dates set forth below:

PLAINTIFF YOUNUS BAYAT

_____

Younus Bayat

Dated: October ___, 2014

PLAINTIFF MOHAMMED EREIKAT

_____

Mohammed Ereikat

Dated: October ___, 2014

DEFENDANT BANK OF THE WEST

By: _____

Its: _____

Dated: October ___, 2014

LA 51800080

Released Parties, and in furtherance of such intention, the releases of the Released Claims will be and remain in effect notwithstanding the discovery or existence of any such additional or different facts.

IN WITNESS WHEREOF, the Parties hereto have caused this Amendment to be executed on the dates set forth below:

PLAINTIFF YOUNUS BAYAT

_____

Younus Bayat

Dated: October ___, 2014

PLAINTIFF MOHAMMED EREIKAT

_____

Mohammed Ereikat

Dated: October ___, 2014

DEFENDANT BANK OF THE WEST

By: _____

Its: _____ SVP _____

Dated: October 21, 2014

APPROVED AS TO FORM AND CONTENT:

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: _____
               Jonathan D. Selbin
              Attorneys For Plaintiffs


Dated: October 23, 2014


STROOCK & STROOCK & LAVAN LLP

By: _____
              Lisa M. Simonetti
          Attorneys for Bank of the West


Dated: October 23, 2014

APPROVED AS TO FORM AND CONTENT:


LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


By: _____
                        Jonathan D. Selbin
                     Attorneys For Plaintiffs


Dated: October __, 2014


STROOCK & STROOCK & LAVAN LLP

By: _____
                        Lisa M. Simonetti
                 Attorneys for Bank of the West


Dated: October 23, 2014

# EXHIBIT B

***Bayat v. Bank of the West*, U.S.D.C.,**
**Northern District of California, Case No. 13-cv-2376 (EMC)**

**Gilardi & Co. LLC, Settlement Administrator**          **Toll Free Number: 1-877-430-3694**
**PO Box 8060**                                          **Website: www.BayatTCPASettlement.com**
**San Rafael, CA 94912-8060**

## ~~REVOCATION~~ REQUEST TO STOP CALLS

### By submitting this, you will stop automated calls being made to your cell phone.

**Please fill out this side of the ~~Revocation~~ Request to Stop Calls ONLY if you currently have or previously had some banking, lending or other relationship with Bank of the West**. If you have not had any such relationship with Bank of the West, please fill out the form on the reverse side.

This ~~Revocation~~ Request to Stop Calls relates only to the limitations of the TCPA and does not change your rights under other federal or state statutes. This ~~Revocation~~ Request to Stop Calls does not eliminate any right under the TCPA that you may have to revoke consent to calls in the future. To be valid, you MUST completely fill out all of the information requested below.

**Please do not fill out both sides of this form.**

☐          By checking this box and providing my current cellular telephone number and my account number(s) (if available and for all of my outstanding accounts), Bank of the West cannot contact me on my current cellular telephone number by an automatic telephone dialing system and/or an artificial or prerecorded voice message.

My current cellular telephone number is:  (_____) _____-_____

My account number(s) is/are: _____. The failure to provide an account number does not invalidate this Request to Stop Calls; however, you are asked to provide an account number, if available, to ensure accuracy.

If I decline to allow Bank of the West to contact me on my current cellular telephone number, I understand that I must provide my current non-cellular telephone number, if one exists.

That number is: (_____) _____-_____

I understand that Bank of the West, or third parties on Bank of the West's behalf, may call me, or continue to call me, concerning my account(s) by an automatic telephone dialing system and/or an artificial or prerecorded voice message at any telephone number in their records, including my current cellular telephone number, if I do not:  (1) check the above box; (2) enter my current cellular telephone number; (3) enter my account number(s); (4) enter my current non-cellular telephone number, if one exists and (5) submit this entire, completed form pursuant to the instructions below and within the deadline set forth herein.  As set forth above, the failure to provide an account number will not invalidate this Request to Stop Calls.

By signing below, I declare under penalty of perjury, under the laws of the United States, that, on or after November 2, 2008 through [the date of entry of the Preliminary Approval Order], I received one or more non-emergency automated telephone calls from Bank of the West or an entity calling on its behalf and that the foregoing (including as to the existence of a current non-cellular telephone number) is true and correct.

NAME (please print)_____

SIGNATURE_____ DATE_____

## DEADLINE TO SUBMIT ~~REVOCATION~~ REQUEST TO STOP CALLS

In order to be timely, you must submit this ~~Revocation~~ Request to Stop Calls by [~~XX~~03/~~XX~~10/~~2014~~2015] to the Claims Administrator either by mail to the address above or through the settlement website.

LA 51813164

**QUESTIONS? VISIT www.BayatTCPASettlement.com OR CALL 877-430-3694**

*Bayat v. Bank of the West*, U.S.D.C.,
**Northern District of California, Case No. 13-cv-2376 (EMC)**

**Gilardi & Co. LLC, Settlement Administrator**          Toll Free Number: 1-877-430-3694
**PO Box 8060**                                          Website: www.BayatTCPASettlement.com
**San Rafael, CA 94912-8060**

## ~~REVOCATION~~ REQUEST TO STOP CALLS

### By submitting this, you will stop automated calls being made to your cell phone.

**Please fill out this side of the ~~Revocation~~ Request to Stop Calls ONLY if you do not have or have not had a banking, lending or other relationship with Bank of the West**.  If you have had such a relationship with Bank of the West, please fill out the form on the reverse side.

This ~~Revocation~~ Request to Stop Calls relates only to the limitations of the TCPA and does not change your rights under other federal or state statutes.  This ~~Revocation~~ Request to Stop Calls does not eliminate any right under the TCPA that you may have to revoke consent to calls in the future.  To be valid, you MUST completely fill out all of the information requested below.

#### Please do not fill out both sides of this form.

☐   By checking this box and providing my current cellular telephone number, Bank of the West cannot contact me on my current cellular telephone number by an automatic telephone dialing system and/or an artificial or prerecorded voice message.

My current cellular telephone number is:  (_____) _____-_____

By signing below, I declare under penalty of perjury, under the laws of the United States, that, on or after November 2, 2008 through [the date of entry of the Preliminary Approval Order], I received one or more non-emergency automated telephone calls from Bank of the West or an entity calling on its behalf and that the foregoing (including as to the existence of a current non-cellular telephone number) is true and correct.

NAME (please print)_____

SIGNATURE_____   DATE_____

### DEADLINE TO SUBMIT ~~REVOCATION~~ REQUEST TO STOP CALLS
In order to be timely, you must submit this ~~Revocation~~ Request to Stop Calls by
[~~XX~~03/~~XX~~10/~~2014~~2015] to the Claims Administrator either by mail to the address above or through the settlement website.

**QUESTIONS? VISIT www.BayatTCPASettlement.com OR CALL 877-430-3694**

LA 51813164

# EXHIBIT C

***Younus Bayat and Mohammed Ereikat v. Bank of the West,***
**United States District Court for the Northern District of California, Case No. 13-cv-2376 (EMC)**

**Bank of the West's records indicate that you may be a member of a class in this action, which has been settled. You are a member of the settlement class if Bank of the West, or an entity acting on its behalf, placed an automated call to your cellular telephone number at some time between November 2, 2008 and July 22, 2014.**

**The purpose of this Notice is to inform settlement class members of the terms of the settlement and important deadlines relating to the settlement, as summarized below and described more fully on the Settlement Website: www.BayatTCPASettlement.com. You may also call the Toll-Free Settlement Hotline, 877-430-3694.**

Plaintiffs claim that Bank of the West violated the federal Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq., by placing calls, either itself or through an entity calling on its behalf, to cellular telephones between November 2, 2008, and July 22, 2014, through the use of an automatic telephone dialing system or an artificial or prerecorded voice without prior express consent. Bank of the West denies these allegations and denies any claim of wrongdoing. The Court has not ruled on the merits of Plaintiffs' claims or Bank of the West's defenses.

## TERMS OF THE SETTLEMENT

**Bank of the West has agreed to stop making automated calls to the cell phone of any Settlement Class Member who files a valid request ("~~Revocation~~ Request to Stop Calls").** Bank of the West has also agreed to pay $3,354,745.98 into a settlement fund, which will pay for the cost of notice and administration of the settlement, Settlement Class Members' claims and attorneys' fees and incentive awards for the named plaintiffs, if approved by the Court. **Class Counsel estimate that a Settlement Class Member who submits a valid claim form ("Claim Form") may receive a cash award in the range of $25 to $50.**

## DEADLINES UNDER THE SETTLEMENT

- **In order to receive benefits under the settlement, you must submit a valid ~~Claim Form and/or Revocation~~ Request to Stop Calls and/or Claim Form by no later than ~~[DATE XX, 2014]~~March 10, 2015.** All ~~Revocation~~ Requests to Stop Calls and Claim Forms may be obtained on the Settlement Website, www.BayatTCPASettlement.com, or by calling the Toll-Free Settlement Hotline, 877-430-3694. You have several options as to the manner of submitting these forms: ~~Revocation~~ Requests to Stop Calls must be submitted by mail or through the Settlement Website; Claim Forms must be submitted by mail, through the Toll-Free Settlement Hotline or through the Settlement Website. More details can be found on the Settlement Website.

- **To exclude yourself from the settlement, submit a written exclusion request postmarked on or before ~~[DATE]~~March 10, 2015** to the Claims Administrator at Bayat v. Bank of the West, c/o Gilardi & Co. LLC, P.O. Box 8060, San Rafael, CA 94912-8060. To be valid, the written exclusion request must contain specific information that is described through the Settlement Website, www.BayatTCPASettlement.com. If you do not submit a valid and timely exclusion request, you will be bound by the terms of the settlement and you will give up your right to sue regarding automated calls to your cell phone by Bank of the West or any other entity calling on its behalf.

- **To object to or comment on the settlement or Class Counsel's Fee and Cost Request ("Fee Request"), you must file an objection with the Court by March 10, 2015 ~~————, 2014~~.** To be valid, objections must contain specific information that is described through the Settlement Website, www.BayatTCPASettlement.com. **Class Counsel is requesting attorneys' fees of $838,686.50 out of the Settlement Amount. Class Counsel's Fee Request and documents in support of it will be available for viewing on the Settlement Website by February 9, 2015~~[DATE]~~.** Anyone who objects to the settlement may ask to appear at the Final Approval Hearing, described below. If your objection is valid and submitted on time, the Court will consider it whether or not you appear at the hearing. Even if you submit a valid and timely objection, to benefit from this settlement you must complete a Claim Form, ~~Revocation~~ Request to Stop Calls, or both. ~~If you fail to do so, it is as if you do nothing.~~

- If you do nothing, you will not stop Bank of the West or entities acting on its behalf from making automated calls to your cell phone; you will not receive any monetary award; and you will lose the right to sue regarding automated calls to your cell phone by Bank of the West or any other entity calling on its behalf.

**The Final Approval Hearing will take place on April 1, 2015——— at 1:30 p.m**. in Courtroom 5 – 17th Floor at the U.S. District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, 94102.

**Complete details about your rights and options are available on the Settlement Website, www.BayatTCPASettlement.com.  If you have further questions, you can call the Toll-Free Settlement Hotline, 877-430-3694.  Do not call the Court, Bank of the West or Bank of the West's Counsel.**

# EXHIBIT D

***Younus Bayat and Mohammed Ereikat v. Bank of the West*,**
**United States District Court for the Northern District of California,**
**Case No. 13-cv-2376 (EMC)**

# If automated calls were directed to your cell phone by Bank of the West, or an entity calling on its behalf, from November 2, 2008 through July 22, 2014, you may be entitled to benefits under a class action settlement.

*A federal court authorized this Notice. This is not a solicitation from a lawyer.*

- **A settlement will provide $3,354,745.98 (the "Settlement Fund") to fully settle and release claims of persons to whom calls were placed on their cell phones by Bank of the West, or any entity calling on behalf of Bank of the West, using an automatic telephone dialing system or prerecorded or artificial voice during the time period set forth above.**

- **In addition to the Settlement Fund, settlement class members may submit a ~~revocation~~ request to stop calls (referred to in the settlement agreement as a "Revocation Request") which will prevent Bank of the West from placing telephone calls to their cell phones through the use of an automatic telephone dialing system or prerecorded or artificial voice. Settlement class members who submit a ~~revocation~~ request to stop calls will stop these calls. Settlement class members who fail to submit a ~~revocation~~ request to stop calls will not stop such calls, and will be deemed to have given their legal consent to such calls in the future (except with respect to calls for purposes of telemarketing; the deemed consent does not extend to those calls).**

- **Plaintiffs allege that certain of these calls violated the federal Telephone Consumer Protection Act (the "TCPA"). Bank of the West denies plaintiffs' allegations and denies any wrongdoing whatsoever. The Court has not ruled on the merits of plaintiffs' claims or Bank of the West's defenses. By entering into the settlement, Bank of the West has not conceded the truth or validity of any of the claims against it.**

- **The Settlement Fund shall be used to pay all amounts related to the settlement, including awards to settlement class members who submit a valid and timely claim, attorneys' fees and costs for plaintiffs' counsel, any incentive awards for plaintiffs and the costs of administering the settlement. Class Counsel estimates that settlement class members who timely submit a valid claim will receive between $25 and $50. If there are any amounts remaining in the Settlement Fund after the administration is concluded, that money will be redistributed to settlement class members or distributed to a charity, the Opportunity Fund.**

- **Your legal rights are affected whether you act or don't act. Read this Notice carefully.**

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: | |
|---|---|
| SUBMIT A ~~REVOCATION~~ REQUEST TO STOP CALLS FORM | If you submit a valid ~~revocation~~ request to stop calls by ~~December 4~~March 10, ~~2014~~2015, you will not receive further automated calls from Bank of the West or entities calling on its behalf to your cell phone. You also will give up your rights to sue Bank of the West, other entities calling on its behalf and/or any other released parties on a released claim. If you fail to submit a valid and timely ~~revocation~~ request to stop calls, you will not stop Bank of the West or entities acting on its behalf from making automated calls to your cell phone. You may submit both a ~~revocation~~ request to stop calls and a claim form. |
| SUBMIT A CLAIM FORM | If you submit a valid claim form by ~~December~~ March ~~4~~10, ~~2014~~2015, you will receive a payment and will give up your rights to sue Bank of the West, other entities calling on its behalf and/or any other released parties on a released claim. You may submit both a claim form and a ~~revocation~~ request to stop calls. |
| EXCLUDE YOURSELF FROM THE CASE | This is the only option that allows you to sue Bank of the West, other entities calling on its behalf and/or other released parties on your own regarding the legal claims in this case, but you will not receive a payment from the settlement and may not submit a ~~revocation~~ request to stop calls. The deadline for excluding yourself is ~~December~~ March ~~4~~10, ~~2014~~2015. |
| OBJECT TO THE SETTLEMENT | Write to the Court about why you do not like the settlement. The deadline for objecting is ~~December 4~~March 10, ~~2014~~2015. To obtain a benefit from this settlement, you must still submit either a ~~revocation~~ request to stop calls, claim form or both. If you submit only an objection, you will not receive any benefit from the settlement. |
| DO NOTHING | If you do nothing, you will not stop Bank of the West or entities acting on its behalf from making automated calls to your cell phone; you will not receive any monetary award and you will give up your rights to sue Bank of the West, other entities calling on its behalf and/or any other released parties on a released claim. |

- These rights and options—and the deadlines to exercise them—are explained in this Notice.

- The Court in charge of this case still has to decide whether to approve the settlement. ~~Revocation requests~~ Requests to Stop Calls will become effective and payments will be made if the Court approves the settlement and after any appeals are resolved. Please be patient.

# BASIC INFORMATION

## 1. Why is this a class action?

In a class action, one or more people called Class Representatives (here, plaintiffs Younus Bayat and Mohammed Ereikat ("Plaintiffs")) sue on behalf of people who allegedly have similar claims. This group is called a class and the persons included are called class members. One court resolves the issues for all of the class members, except for those who exclude themselves from the class. Here, the Court has certified a class action for settlement purposes only. The Honorable Edward M. Chen is in charge of this action.

| **2. Why is there a settlement?** |
|---|

Plaintiffs claim that Bank of the West violated the TCPA by placing calls, either itself or through entities calling on its behalf, to cellular telephones between November 2, 2008, and July 22, 2014, through the use of an automatic telephone dialing system or an artificial or prerecorded voice without prior express consent. Bank of the West denies these allegations and denies any claim of wrongdoing. The Court did not decide in favor of Plaintiffs or Bank of the West. Instead, both sides agreed to this settlement. That way, they avoid the risk and cost of a trial, and the settlement class members will receive compensation. Plaintiffs and their attorneys ("Class Counsel") think the settlement is best for all persons in the settlement class.

# WHO IS IN THE SETTLEMENT CLASS?

| **3. How do I know if I am a part of the settlement class?** |
|---|

The Court has certified a class action for settlement purposes only. The class (the "Settlement Class") is defined as:

> All persons within the United States to whom, on or after November 2, 2008 through July 22, 2014, a non-emergency telephone call was attempted by Bank of the West, or any other entity on its behalf, to a cellular telephone through the use of an automatic telephone dialing system or an artificial or prerecorded voice. Excluded from the Settlement Class are Bank of the West and any affiliate or subsidiary of Bank of the West, along with any employees thereof, and any entities in which any of such companies have a controlling interest, the Judge to whom the Action is assigned and any member of the Judge's staff and immediate family, as well as all persons who validly opt out of the Settlement Class.

"Settlement Class Member" is defined as any person in the Settlement Class who does not opt out of the settlement. If you are still not sure whether you are included, you can visit other sections of the Settlement Website, www.BayatTCPASettlement.com, you may write to the claims administrator at Bayat v. Bank of the West, c/o Gilardi & Co. LLC, P.O. Box 8060, San Rafael, CA 94912-8060 or you may call the Toll-Free Settlement Hotline, 1-877-430-3694, for more information.

# THE LAWYERS REPRESENTING YOU

| **4. Do I have lawyers in this case?** |
|---|

The Court has appointed the law firms of Lieff Cabraser Heimann & Bernstein, LLP and Meyer Wilson Co., LPA as Class Counsel to represent you and the other persons in the Settlement Class. You will not be personally charged by these lawyers.

**5. How will Class Counsel be paid?**

Class Counsel will ask the Court to approve payment of $838,686.50 of the Settlement Fund to them for attorneys' fees and expenses. Class Counsel also will ask the Court to approve payment of $2,000 each to Plaintiffs for their services as Class Representatives. The Court may award less than these amounts. In addition, the Settlement Fund will be used to pay for administration and notice of this settlement, which is estimated to cost approximately $413,607. Bank of the West has agreed not to oppose these requests.

# THE SETTLEMENT BENEFITS

**6. What does the settlement provide?**

Settlement Class Members may ask not to receive further automated telephone calls to their cell phones from Bank of the West or entities calling on its behalf by submitting a valid ~~revocation~~ request to stop calls. Settlement Class Members also may receive a cash payment by submitting a valid claim form.

**7. How much will my payment be?**

Your share of the Settlement Fund will depend on the number of valid claim forms that Settlement Class Members submit. Class Counsel estimate that the amount of the cash award (while dependent upon the number of claims) may be within the range of $25 to $50.

**8. What am I giving up to stay in the Settlement Class?**

Unless you exclude yourself from the settlement, you will be part of the Settlement Class, and you will be bound by the release of claims in the settlement. This means that, if the settlement is approved, you cannot sue, continue to sue or be part of any other lawsuit against Bank of the West, entities calling on its behalf or any other released parties asserting a released claim. It also means that all of the Court's orders will apply to you and legally bind you. Unless you opt out of the settlement, you will agree to release Bank of the West, any other entities calling on its behalf and any other released parties from any and all claims that arise from the automated calls to your cellular telephone at issue in this action.

# HOW TO ASK NOT TO RECEIVE FURTHER AUTOMATED CALLS ON YOUR CELL PHONE

**9. How can I ask not to receive further automated calls on my cell phone?**

In order to ask that Bank of the West or entities calling on its behalf stop making automated calls to your cell phone, you must send in a ~~revocation~~ request to stop calls. You may get a ~~revocation~~ request to stop calls on the Settlement Website, www.BayatTCPASettlement.com, or by

LA 51813167

calling the Toll-Free Settlement Hotline, 877-430-3694. **Read the instructions carefully, fill out the form completely and accurately, sign it and submit it**. To be valid, the ~~revocation~~ request to stop calls must be completed fully and accurately and submitted timely. The failure to provide an account number will not invalidate a request to stop calls; however, you are asked to provide an account number, if available, to ensure accuracy. A ~~revocation~~ request to stop calls may be submitted by mail to the claims administrator at: Bayat v. Bank of the West, c/o Gilardi & Co. LLC, P.O. Box 8060, San Rafael, CA 94912-8060 or via the Settlement Website. If you are submitting a ~~revocation~~ request to stop calls via the Settlement Website, it must be submitted no later than ~~December 4~~March 10, ~~2014~~2015. If you are mailing your ~~revocation~~ request to stop calls to the claims administrator, it must be postmarked by that date.

If you do not opt-out (as explained below) and fail to submit a valid and timely ~~revocation~~ request to stop calls, you will be deemed to have provided prior express consent to receive future automated telephone calls to your cell phone from Bank of the West or entities calling on its behalf. However, a failure to submit a valid and timely ~~revocation~~ request to stop calls will not be deemed to have provided consent to receive telemarketing calls; these calls are governed by a different legal standard.

If you do not submit a ~~revocation~~ request to stop calls now, you will retain any rights that exist in the law to revoke consent to calls in the future. That request would be separate from the settlement.

# HOW TO APPLY FOR A PAYMENT

| **10. How can I get a payment?** |
|---|

To qualify for a payment, you must send in a claim form or submit the required information through the Toll-Free Settlement Hotline. You may get a claim form on the Settlement Website, www.BayatTCPASettlement.com, or by calling the Toll-Free Settlement Hotline, 877-430-3694. **Read the instructions carefully, fill out the form completely and accurately, sign it and submit it**. To be valid, the claim form must be completed fully and accurately and submitted timely. A claim form may be submitted by mail to the claims administrator at: Bayat v. Bank of the West, c/o Gilardi & Co. LLC, P.O. Box 8060, San Rafael, CA 94912-8060, via the Settlement Website or you may submit the required information through the Toll-Free Settlement Hotline. If you are submitting your claim via the Settlement Website or Toll-Free Settlement Hotline, it must be submitted no later than ~~December~~ March 410, ~~2014~~2015. If you are mailing your claim form to the claims administrator, it must be postmarked by that date.

# WHEN WILL I RECEIVE MY SETTLEMENT BENEFIT?

| **11. When would I receive what I ask for?** |
|---|

The Court will hold a hearing on ~~January 7~~April 1, 2015 to decide whether to approve the settlement. If the Court approves the settlement, after that, there may be appeals. It is always uncertain whether these appeals can be resolved, and resolving them can take time, perhaps more than a year. Everyone who sends in a ~~revocation~~ request to stop calls and/or

claim form will be informed of the progress of the settlement through information posted on the Settlement Website at www.BayatTCPASettlement.com. Please be patient.

# EXCLUDING YOURSELF FROM THE SETTLEMENT

| **12. How do I get out of the settlement?** |
|---|

If you want to keep the right to sue or continue to sue Bank of the West or other entities that may have been involved in the calls that are the subject of the action, then you must take steps to get out of the Settlement Class. This is called excluding yourself from, or opting out of, the Settlement Class.

To exclude yourself from the settlement, you must send a letter by mail that: (a) is signed by you; (b) includes your full name, address, telephone number and your account number(s) at Bank of the West (except that persons in the Settlement Class who do not currently have and have not previously had some banking, lending or other relationship with Bank of the West, shall not be required to include an account number); and (c) includes the following statement: "I/we request to be excluded from the class settlement in <u>Bayat v. Bank of the West</u>, N.D. Cal., Case No. 13-cv-2376 (EMC)." No request for exclusion will be valid unless all of the information described above is included. No person in the Settlement Class, or any person acting on behalf of or in concert or participation with that person, may exclude any other person in the Settlement Class from the Settlement Class. **To be valid, you must mail your exclusion request postmarked no later than ~~December 4~~ March 10, ~~2014~~ 2015 to the claims administrator at Bayat v. Bank of the West, c/o Gilardi & Co. LLC, P.O. Box 8060, San Rafael, CA 94912-8060.**

| **13. If I do not exclude myself, can I sue Bank of the West for the same thing later?** |
|---|

No. If you do not exclude yourself, you give up any right to sue (or continue to sue) Bank of the West or any released parties for the claims that this settlement resolves.

| **14. If I exclude myself, can I get a benefit from this settlement?** |
|---|

No. If you ask to be excluded, you will not be able to submit a ~~revocation~~ request to stop calls, you will not be able to submit a claim for a settlement payment and you cannot object to the settlement.

# OBJECTING TO THE SETTLEMENT

| **15. How do I tell the Court that I do not agree with the settlement?** |
|---|

If you are in the Settlement Class, you can object to the settlement or any part of the settlement that you think the Court should reject, and the Court will consider your views.

To object, you must make your objection in writing, stating that you object to the settlement in <u>Bayat v. Bank of the West</u>. In order to be considered by the Court, the written objection must set forth: (a) the name and case number of this action; (b) your full name, address and telephone number; (c) an explanation of the basis upon which you claim to be a Settlement

Class Member; (d) all grounds for the objection, accompanied by any legal support for the objection known to you or your counsel; (e) the identity of all counsel who represent you, including any former or current counsel who may be entitled to compensation for any reason related to the objection; (f) the identity of all counsel representing you who will appear at the final approval hearing; (g) a list of all persons who will be called to testify at the final approval hearing in support of the objection; (h) a statement confirming whether you intend to personally appear and/or testify at the final approval hearing; and (i) your signature (an attorney's signature is not sufficient).

**In order to be valid, objections must be filed with the Court no later than ~~December~~ March 4~~10~~, ~~2014~~2015. Even if you timely and properly object, to obtain a benefit from this settlement, you must submit a ~~revocation~~ request to stop calls, claim form or both. If you object but fail to submit either a ~~revocation~~ request to stop calls or a claim form, you will not stop Bank of the West or entities acting on its behalf from making automated calls to your cell phone and you will not receive any monetary award~~it is as if you did nothing~~.**

| 16. What is the difference between objecting and excluding? |
| --- |

Objecting is telling the Court that you do not like something about the settlement. You can object only if you stay in the Settlement Class. Excluding yourself means that you do not want to be part of the Settlement Class. If you exclude yourself, you have no basis to object because the case no longer affects you.

# IF YOU DO NOTHING

| 17. What happens if I do nothing at all? |
| --- |

If you do nothing, you will not stop Bank of the West or entities acting on its behalf from making automated calls to your cell phone; you will not receive any monetary award; and you will give up your rights to sue Bank of the West, other entities calling on its behalf and/or any other released parties on a released claim.

# THE COURT'S FINAL APPROVAL HEARING

| 18. When and where will the Court decide whether to approve the settlement? |
| --- |

The Court will hold a final approval hearing at 10:00 a.m. on ~~January 7~~April 1, 2015 at the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California, 94102, in Courtroom 5 – 17th Floor. At this hearing, the Court will consider whether the settlement is fair, reasonable and adequate. If there are valid objections that comply with the requirements in Question 15 above, the Court also will consider them and will listen to people who have asked to speak at the hearing. The Court may also decide how much to pay to Class Counsel and Plaintiffs.

| 19. Do I have to come to the hearing? |
| --- |

No. Class Counsel will appear on behalf of the Settlement Class. But, you are welcome to come, or have your own lawyer appear, at your own expense.

### 20. May I speak at the hearing?

You may ask the Court for permission to speak at the final approval hearing, but only in connection with an objection that you have timely submitted to the Court according to the procedure set forth in Question 15 above. To speak at the final approval hearing, you must also file a document with the Court stating your intention to appear. For this document to be considered, it must include your name, address, telephone number and your signature. The document must be filed with the Court no later than ~~December~~ March 4~~10, 2014~~2015. You cannot speak at the hearing if you exclude yourself from the settlement.

# GETTING MORE INFORMATION

### 21. Is this the entire settlement?

No. This notice is only a summary of the proposed settlement. More details are in a settlement agreement. You can get a copy of the settlement agreement by visiting the Settlement Website, www.BayatTCPASettlement.com, or you can write to the address below or call the Toll-Free Settlement Hotline, 877-430-3694.

### 22. How do I get more information?

You can call the Toll-Free Settlement Hotline, 877-430-3694; write to the claims administrator at Bayat v. Bank of the West, c/o Gilardi & Co. LLC, P.O. Box 8060, San Rafael, CA 94912-8060; or review the settlement agreement.

**DO NOT CALL OR WRITE TO THE COURT, THE CLERK OF THE COURT, BANK OF THE WEST OR BANK OF THE WEST'S COUNSEL ABOUT THE SETTLEMENT. ALSO, TELEPHONE REPRESENTATIVES WHO ANSWER CALLS MADE TO THE TOLL FREE NUMBER ARE NOT AUTHORIZED TO CHANGE THE TERMS OF THE SETTLEMENT OR THIS NOTICE.**

DATE: <u>MONTH 00, 0000</u>.

# EXHIBIT E

1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

8

**NORTHERN DISTRICT OF CALIFORNIA**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| YOUNUS BAYAT and MOHAMMED EREIKAT, on behalf of themselves and all others similarly situated, | ) ) ) | Case No. 3:13-cv-02376 (EMC) |
|---|---|---|
| Plaintiffs, | ) ) ) | **[PROPOSED] ORDER APPROVING: (1) SECOND AMENDMENT TO SETTLEMENT AGREEMENT, (2) REVISED REVOCATION REQUEST, (3) REVISED WEBSITE NOTICE, AND (4) RESCHEDULING FINAL APPROVAL HEARING AND OTHER DATES** |
| vs. | ) ) | |
| BANK OF THE WEST, | ) ) | |
| Defendant. | ) ) ) ) | |

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

Following this Court's July 22, 2014 Order (1) Conditionally Certifying A Settlement Class, (2) Preliminarily Approving Class Action Settlement, (3) Approving Notice Plan, And (4) Setting Final Approval Hearing (the "Preliminary Approval Order"), plaintiffs Younus Bayat and Mohammed Ereikat (together, "Plaintiffs"), for themselves and the Settlement Class, and defendant Bank of the West ("BOW," and together with Plaintiffs, "the Parties"), entered into a Second Amendment to Settlement Agreement and Release ("Second Amendment") and made certain revisions to the Request to Stop Calls (formerly known as and referred to as the Revocation Request in the Agreement), Exhibit B to the Agreement; E-mail and Mail Notice, Exhibit C to the Agreement; and Website Notice, Exhibit E to the Agreement.[1] The Court is advised that the Parties have provided Publication Notice and the Settlement Website has become active, as set forth in Sections III.K.4 and III.K.5 of the Agreement, but the parties have not provided E-mail Notice and Mail Notice, as set forth in Sections III.K.2 and 3 respectively.

Upon review of the Second Amendment (attached to the Second Joint Submission as Exhibit A), revised Request to Stop Calls (attached to the Second Joint Submission as Exhibit B), revised E-mail and Mail Notice (attached to the Second Joint Submission as Exhibit C), and revised Website Notice (attached to the Second Joint Submission as Exhibit D), it is hereby ORDERED as follows:

1. The Court hereby approves the form and substance of the revised Request to Stop Calls, the revised E-mail and Mail Notice, the revised Website Notice, and the Second Amendment. The Court hereby instructs the Parties to proceed with E-mail Notice and Mail Notice, in the manner set forth in Sections III.K.2 and 3 of the Agreement, provide the revised Request to Stop Calls in the manner set forth in Section III.C.1. and provide the revised Website Notice in the manner set forth in Section III.K.5., provided that the Parties, by agreement, may revise the E-Mail Notice, the Mail Notice, the Website Notice, the Revocation Request and/or the Claim Form to adjust the layout of those documents for efficient mailing and/or electronic presentation.

---

[1] Unless otherwise defined, terms are used herein as defined in the Agreement.

-1-

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

2.      The deadline to disseminate E-mail Notice and Mail Notice shall be December 10, 2014.

3.      The deadline for class counsel to file a motion for attorneys' fees, incentive awards and reimbursement of costs shall be February 9, 2015.

4.      The deadline for submitting a Claim Form, ~~Revocation~~ Request to Stop Calls, object to or opt out of the Agreement shall be March 10, 2015.

5.      The Claims Administrator shall, on or before March 17, 2015, file with the Court a declaration or declarations confirming the notice that it provided in accordance with the Agreement.

6.      Class Counsel shall, on or before March 17, 2015, file with the Court a list of all persons who made timely and proper opt out requests.

7.      The deadline to file the motion for final approval of class action settlement as well as any response to timely filed objections shall be March 17, 2015.

8.      The Final Approval Hearing will be held before this Court on April 1, 2015 at 10:00 a.m.  The Court will determine at or following the Final Approval Hearing whether the proposed settlement is fair, reasonable and adequate and should be finally approved by the Court, the amount of attorneys' fees and costs that should be awarded to Class Counsel, and any amounts to be awarded to Plaintiffs for their contributions to the Settlement Class.  The date and time of the Final Approval Hearing shall be set forth in the E-Mail Notice, Mail Notice and Website Notice.  The Court retains jurisdiction to consider all further applications arising out of or in connection with the Agreement.

9.      The Court reserves the right to adjourn and/or reschedule the Final Approval Hearing without further notice of any kind; therefore, any Settlement Class Member intending to attend the Final Approval Hearing should (in addition to complying with all instructions and requirements set forth in the Preliminary Approval Order) confirm the date, time and location of the Final Approval Hearing with Class Counsel.

-2-

10. All others provisions of the Preliminary Approval Order shall remain in effect. Nothing contained herein shall change or modify any provision or term of the Preliminary Approval Order that is not directly addressed herein.

11. Accordingly, the following are the deadlines by which certain events must occur:

| | |
|---|---|
| December 10, 2014 | Deadline to provide direct E-mail and Mail Notice |
| February 9, 2015 | Deadline for posting on Settlement Website of Class Counsel's Application for an Award of Attorneys' Fees and Costs |
| March 10, 2015 | Last day to submit an opt out, objection to Agreement, Claim Form and/or Request to Stop Calls |
| March 17, 2015 | Deadline for the Parties to file responses to objections |
| March 17, 2015 | Deadline for filing and posting on Settlement Website of Plaintiffs' Final Approval Motion |
| April 2, 2015 at 1:30 p.m. April 1, 2015 at 10:00 a.m. | Final Approval Hearing |

**IT IS SO ORDERED.** *

Dated: _____11/26/14_____

_____
The Honorable Edward M. Chen

*The parties are ordered to use bold typeface for the entirety of the text of the last paragraph on the first page of Exhibit C to Docket No. 55 (i.e., Docket No. 55-3, Page 2 of 3), which paragraph begins "If you do nothing, you will not stop Bank of the West or entities acting on its behalf from making automated calls to your cell phone . . ."

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

-3-