UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YOUNUS BAYAT, *et al.*,                              No. C-13-2376 EMC

        Plaintiffs,

      v.                                            **ORDER RE SUPPLEMENTAL BRIEFING**

BANK OF THE WEST,
                                                     **(Docket No. 57)**
        Defendant.
_____/

      The Court has reviewed class counsel's motion for attorneys' fees and the supporting papers. Docket No. 57.  The Court hereby orders class counsel to provide full copies of all attorney billing records in support of Plaintiffs' lodestar figure.  Plaintiffs' counsel from both Lieff, Cabraser, Heimann & Bernstein LLP and Meyer Wilson Co. shall file the records together, with records or summaries thereof grouped by category of legal task performed, as outlined in the declarations of Daniel M. Hutchinson and Matthew R. Wilson (*e.g.*, "Initial Case Investigation," "Settlement Negotiations and Mediations," etc.)  That is, counsel shall file a declaration attaching all time records for "Initial Case Investigation" as Exhibit A, all time records for "Discovery" as Exhibit B, all time records for "Settlement Negotiations and Mediations" as Exhibit C, and so on.  The requested

///

///

///

///

information shall be filed no later than 3 p.m. PDT on Monday, March 30, 2015.  Courtesy copies

shall also be delivered to chambers no later than 3 p.m. on March 30.


      IT IS SO ORDERED.

Dated:  March 25, 2015

                                                _____

EDWARD M. CHEN
United States District Judge

**United States District Court**
For the Northern District of California