1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| YOUNUS BAYAT and MOHAMMED EREIKAT, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>BANK OF THE WEST,<br><br>                    Defendant. | Case No.  13-CV-2376 (EMC)<br><br>~~[PROPOSED]~~ **FINAL JUDGMENT AND ORDER OF DISMISSAL** |

18

19

20

21

22

23

24

25

26

27

28

1    The Court having held a Final Approval Hearing on April 2, 2015, notice of the Final

2    Approval Hearing having been duly given in accordance with this Court's Order (1)

3    Conditionally Certifying a Settlement Class, (2) Preliminarily Approving Class Action

4    Settlement, (3) Approving Notice Plan, and (4) Setting Final Approval Hearing, Dkt. No. 42,

5    ("Preliminary Approval Order"), and Order Approving (1) Second Amendment to Settlement

6    Agreement, (2) Revised Revocation Request, (3) Revised Website Notice, and (4) Rescheduling

7    Final Approval Hearing and Other Dates, and having considered all matters submitted to it at the

8    Final Approval Hearing and otherwise, and finding no just reason for delay in entry of this Final

9    Judgment and Order of Dismissal and good cause appearing therefore,

10    It is hereby ORDERED, ADJUDGED AND DECREED as follows:

11    1.    The Settlement Agreement, including its exhibits, Dkt. Nos. 34-2, 40-1, and 47-1,

12    (the "Settlement Agreement"), and the definition of words and terms contained therein are

13    incorporated by reference in this Final Judgment and Order of Dismissal.  The terms of this

14    Court's Preliminary Approval Order are also incorporated by reference in this Final Judgment and

15    Order of Dismissal.

16    2.    This Court has jurisdiction over the subject matter of the Actions and over the

17    Parties, including all members of the following Settlement Class certified for settlement purposes

18    in this Court's Preliminary Approval Order:

19    SETTLEMENT CLASS:  All persons within the United States to
20    whom, on or after November 2, 2008 through July 22, 2014, a non-
      emergency telephone call was attempted by Bank of the West, or
21    any other entity on its behalf, to a cellular telephone through the use
      of an automatic telephone dialing system or an artificial or
22    prerecorded voice.  Excluded from the Settlement Class are BOW
      and any affiliate or subsidiary of BOW, along with any employees
23    thereof, and any entities in which any of such companies have a
      controlling interest, the Judge to whom the Action is assigned and
24    any member of the Judge's staff and immediate family, as well as
      all persons who validly opt out of the Settlement Class.

25    3.    The Court hereby finds that the Settlement Agreement is the product of arm's
26    length settlement negotiations between the Plaintiffs and Class Counsel, and Bank of the West.
27
28

[PROPOSED] FINAL JUDGMENT AND ORDER
CASE NO.  13-CV-2376 (EMC)

4.      A total of 11 persons submitted timely and proper requests for exclusion.  The Court hereby orders that each of those individuals is excluded from the Settlement Class.  Those individuals will not be bound by the Settlement Agreement, and neither will they be entitled to any of its benefits.  Those individuals will not be bound by this Final Judgment and Order of Dismissal or the Releases herein.

5.      No person submitted a timely and proper objection to the Settlement Agreement.

6.      The Court hereby finds and concludes that Class Notice was disseminated to members of the Settlement Class in accordance with the terms set forth in Section III.K of the Settlement Agreement, that the Publication Notice was published in accordance with the terms set forth in the Settlement Agreement, and that Class Notice and its dissemination were in compliance with this Court's Preliminary Approval Order.

7.      The Court further finds and concludes that the Class Notice and claims submission procedures set forth in  Section III.K and III.F of the Settlement Agreement fully satisfy Rule 23 of the Federal Rules of Civil Procedure and the requirements of due process, were the best notice practicable under the circumstances, provided individual notice to all members of the Settlement Class who could be identified through reasonable effort, and support the Court's exercise of jurisdiction over the Settlement Class as contemplated in the Settlement and this Final Judgment and Order of Dismissal.  The Court hereby orders that all claims determined to be timely and proper by the claims administrator pursuant to the terms set forth in the Settlement Agreement shall be treated as approved claims for purposes of distributing the settlement fund.

8.      This Court hereby finds and concludes that the notice provided by Bank of the West to the appropriate State and federal officials pursuant to 28 U.S.C. § 1715 fully satisfied the requirements of that statute.

9.      The Court hereby finally approves the Settlement Agreement and the Settlement contemplated thereby, and finds that the terms constitute, in all respects, a fair, reasonable, and adequate settlement as to all Settlement Class Members in accordance with Rule 23 of the Federal Rules of Civil Procedure, and directs its consummation pursuant to its terms and conditions.

[PROPOSED] FINAL JUDGMENT AND ORDER
CASE NO.  13-CV-2376 (EMC)

10.     This Court hereby dismisses, with prejudice, without costs to any party, except as expressly provided for in the Settlement Agreement, the Actions.

11.     Upon Final Approval (including, without limitation, the exhaustion of any judicial review, or requests for judicial review, from this Final Judgment and Order of Dismissal), the Plaintiffs and each and every one of the Settlement Class Members unconditionally, fully, and finally releases and forever discharges the Released Parties from the Released Claims.  In addition, any rights of the Settlement Class representatives and each and every one of the Settlement Class Members to the protections afforded under Section 1542 of the California Civil Code and/or any other similar, comparable, or equivalent laws, are terminated.

12.     Each and every Settlement Class Member, and any person actually or purportedly acting on behalf of any Settlement Class Member(s), is hereby permanently barred and enjoined from commencing, instituting, continuing, pursuing, maintaining, prosecuting, or enforcing any Released Claims (including, without limitation, in any individual, class or putative class, representative or other action or proceeding), directly or indirectly, in any judicial, administrative, arbitral, or other forum, against the Released Parties.  This permanent bar and injunction is necessary to protect and effectuate the Settlement Agreement, this Final Judgment and Order of Dismissal, and this Court's authority to effectuate the Settlement Agreement, and is ordered in aid of this Court's jurisdiction and to protect its judgments.

13.     The Settlement Agreement (including, without limitation, its exhibits), and any and all negotiations, documents, and discussions associated with it, shall not be deemed or construed to be an admission or evidence of any violation of any statute, law, rule, regulation or principle of common law or equity, of any liability or wrongdoing, by Bank of the West, or of the truth of any of the claims asserted by Plaintiffs in the Actions, and evidence relating to the Settlement Agreement shall not be discoverable or used, directly or indirectly, in any way, whether in the Actions or in any other action or proceeding, except for purposes of enforcing the terms and conditions of the Settlement Agreement, the Preliminary Approval Order, and/or this Final Judgment and Order of Dismissal.

[PROPOSED] FINAL JUDGMENT AND ORDER
CASE NO.  13-CV-2376 (EMC)

14.     If for any reason the Settlement terminates or Final Approval does not occur, then certification of the Settlement Class shall be deemed vacated.  In such an event, the certification of the Settlement Class for settlement purposes shall not be considered as a factor in connection with any subsequent class certification issues, and the Parties shall return to the *status quo ante* in the Actions, without prejudice to the right of any of the Parties to assert any right or position that could have been asserted if the Settlement had never been reached or proposed to the Court.

15.     In the event that any provision of the Settlement or this Final Judgment and Order of Dismissal is asserted by Bank of the West as a defense in whole or in part to any Claim, or otherwise asserted (including, without limitation, as a basis for a stay) in any other suit, action, or proceeding brought by a Settlement Class Member or any person actually or purportedly acting on behalf of any Settlement Class Member(s), that suit, action or other proceeding shall be immediately stayed and enjoined until this Court or the court or tribunal in which the claim is pending has determined any issues related to such defense or assertion.  Solely for purposes of such suit, action, or other proceeding, to the fullest extent they may effectively do so under applicable law, the Parties irrevocably waive and agree not to assert, by way of motion, as a defense or otherwise, any claim or objection that they are not subject to the jurisdiction of the Court, or that the Court is, in any way, an improper venue or an inconvenient forum.  These provisions are necessary to protect the Settlement Agreement, this Final Judgment and Order of Dismissal and this Court's authority to effectuate the Settlement, and are ordered in aid of this Court's jurisdiction and to protect its judgment.

16.     By incorporating by reference the Settlement Agreement and its terms herein, the Court determines that this Final Judgment complies in all respects with Federal Rule of Civil Procedure 65(d)(1).

17.     The Court approves Class Counsel's application for $ 455,224.50    in attorneys' fees and costs, and for service awards to the Settlement Class representatives in the amount of $ 2,000 per named plaintiff

18.     Finding that there is no just reason for delay, the Court orders that this Final Judgment and Order of Dismissal shall constitute a final judgment pursuant to Rule 54 of the

[PROPOSED] FINAL JUDGMENT AND ORDER
CASE NO.  13-CV-2376 (EMC)

1    Federal Rules of Civil Procedure.  The Clerk of the Court is directed to enter this Order on the

2    docket forthwith.

3         SO ORDERED.

4

5    Dated: __April 16, 2015_____          _____

6                                               Hon. Edward M. Chen
                                                United States District Court Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] FINAL JUDGMENT AND ORDER
CASE NO.  13-CV-2376 (EMC)